**Order entered December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00391-CR

### BILAWAL SHAHZADA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-59528-N

## ORDER

Before the Court is appellant's December 1, 2017 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before **December 21, 2017**. If appellant's brief is not filed by **December 21, 2017**, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* Tex. R. App. P. 38.8(b)(2).

/s/     ADA BROWN
          JUSTICE